

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**GARY MOY**
*Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-3509
gmoy@law.nyc.gov

November 9, 2015

**VIA ECF**
Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Ivan Benjamin v. City of New York, et al.,
                15 CV 2319 (FB) (MDG)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York and Police Officer Matthew O'Brien in the above-referenced action. Defendants write jointly with plaintiff pursuant to the Court's Order directing the parties to submit a status report regarding progress in settlement. The undersigned respectfully informs the Court that plaintiff has made a settlement demand but defendants have not yet replied to plaintiff's settlement demand. The undersigned requires additional time to consult with the relevant authorities to discuss plaintiff's voluminous medical records and anticipates obtaining settlement authority around the time defendants answer or otherwise respond to plaintiff's Amended Complaint, which was filed on November 5, 2015.

      Thank you for your consideration herein.

                                        Respectfully submitted,

                                        /s/
                                        Gary Moy
                                        *Senior Counsel*

- 2 -

cc: Fred Lichtmacher, Esq.
 Law Office of Fred Lichtmacher, P.C.
 2 Wall Street, 10th Floor
 New York, New York 10005

Case 1:15-cv-02319-FB-MDG   Document 20   Filed 11/09/15   Page 2 of 2 PageID #: 81

- 2 -