UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   **VERDICT FORM**
IVAN BENJAMIN,                                                        15-cv-2319
                     Plaintiff,

      - against -

OFFICER DANIEL CONFORTI,
                     Defendant.

------------------------------------------------------------------X

1. Did the defendant, Officer Daniel Conforti, use excessive force against the plaintiff, Ivan Benjamin?

        Yes   X       No _____

*If you answered "Yes" to Question 1, proceed to Questions 2 and 3.*

*If you answered "No" to Question 1, your verdict is complete. Have your foreperson sign and date the verdict form, and return to the courtroom.*

2. What amount of compensatory damages, if any, should be awarded for the use of excessive force?

        $  150,000.00

3. What amount of punitive damages, if any, should be awarded for the use of excessive force?

        $  5,000.00

*Your verdict is complete. Have your foreperson sign and date the verdict form, and return to the courtroom.*

June 7, 2017                                             _Kelsey A Wahl_
Brooklyn, New York                                       FOREPERSON

-1-